UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 20 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sigfredo Miranda,

   Plaintiff,

v.

U.S. Government,

   Defendant.

Civil Action No. 17-2064 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff states in the one-paragraph complaint that he is suing the U.S. government "because they used my birth certificate to make million[s] of dollar[s] in the stock of change [sic] at Wall Street." Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies the foregoing

standard; therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: November 6th, 2017

_____
United States District Judge